UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COURTHOUSE NEWS SERVICE,

              Plaintiff,

vs.

MILTON TINGLING, in his official capacity as County Clerk of New York County, New York,

              Defendant.

---

Civil Action No.: 1:16-cv-08742-ER

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

      **ACHIEPO BOEDI**, being duly sworn, deposes and says:

      1.     That deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

      2.     On the 14th day of November, 2016, deponent served the within **ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT, DECLARATION OF WILLIAM GIRDNER w/EXHIBITS and DECLARATION OF ADAM ANGIONE** upon:

| | |
|---|---|
| John McConnell, Counsel | Hon. Milton Tingling |
| Office of Court Administration | County Clerk of New York County |
| 25 Beaver Street, 11th Floor | New York County Courthouse |
| New York, NY 10004 | 60 Centre Street, Room 161 |
| | New York, NY 10007 |

by depositing a true copy of same enclosed in properly addressed prepaid wrapper, into the custody of Federal Express for overnight delivery prior to 7:00 p.m. on Monday, November 14, 2016, the latest time designated by Federal Express for overnight delivery.

                                                    */s/ Achiepo Boedi*
                                                    **ACHIEPO BOEDI**

Sworn to before me this
__15__ day of November, 2016.

*/s/ Sheila Freeman*
Notary Public

SHEILA FREEMAN
Notary Public, State of New York
No. 01FR4756733
Qualified in Bronx County
Commission Expires February 28, 2019

1957532.1