| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 12/16/16 |

COURTHOUSE NEWS SERVICE,

                              Plaintiff,

-against-

MILTON TINGLING,
*in his official capacity as County Clerk of New York County, New York*,

                              Defendant.

**ORDER**

16 Civ. 8742 (ER)

Ramos, D.J.:

      On November 10, 2016, Courthouse News Service ("Plaintiff") brought this action against Milton Tingling, in his official capacity as County Clerk of New York County, New York ("Defendant"), alleging that Defendant's policy and practice of withholding newly filed civil complaints from public view until after processing deprives Plaintiff and, by extension, its subscribers and the public of their First Amendment right of access to court records. Doc. 1. On November 14, 2016, Plaintiff filed a motion for a preliminary injunction, seeking to enjoin Defendant from denying access to newly filed civil complaints until after clerical processing and to require Defendant to provide Plaintiff access to those documents in a timely manner upon receipt. *See* Docs. 8–10. On November 30, 2016, Defendant filed its opposition to the motion, and on December 9, 2016, Plaintiff filed its reply. *See* Docs. 19, 20–21. On December 16, 2016, the Court held a hearing and heard oral arguments on Plaintiff's motion.

      For the reasons set forth on the record at the December 16 hearing, Plaintiff's motion for a preliminary injunction is GRANTED. Plaintiff is directed to file with the Clerk of the Court a bond of $5,000 as security by **December 20, 2016 at 5:00 p.m.** The parties are directed to meet

and confer before appearing for a status conference on **January 12, 2017 at 12:30 p.m.** The Clerk of the Court is respectfully directed to terminate the motion, Doc. 19.

    It is SO ORDERED.

Dated:    December 16, 2016
             New York, New York

                                          Edgardo Ramos, U.S.D.J.